UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

SAIM SARWAR,
        Plaintiff,

v.                                                                 Case No: 2:20-cv-219

ANDAL, LLC,
        Defendant.

## **NOTICE OF APPEAL**

Plaintiff, by and through undersigned counsel, hereby appeals to the United States Court of Appeals for the Second Circuit from the District Court's Order Granting in part and denying in part Motion for Attorney Fees, Costs, Expert Fees, and Litigation Expenses, [D.E. 12].

                                                                                 Respectfully Submitted,

                                                                                 */s/ Tristan W. Gillespie*
                                                                                 Tristan W. Gillespie, Esq.

                                                                                 THOMAS B. BACON, P.A.
                                                                                 600 Blakenham Court
                                                                                 Johns Creek, GA 30022
                                                                                 Tel:  404.276.7277
                                                                                 gillespie.tristan@gmail.com

**Certificate of Service**

I hereby certify that a true and correct copy of the foregoing was sent via US Mail on February 25, 2022 to Defendant at the following address:

>ANDAL LLC
>2212 Main St.
>Manchester, VT 05254.

Respectfully submitted,

*/s/ Tristan W. Gillespie*
Tristan W. Gillespie, Esq.

THOMAS B. BACON, P.A.
600 Blakenham Court
Johns Creek, GA 30022
Tel:  404.276.7277
gillespie.tristan@gmail.com