# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 12th day of May, two thousand twenty-two.

_____

Saim Sarwar, individually,

    Plaintiff - Appellant,

v.

Andal LLC, a Vermont Corporation,

    Defendant – Appellee.

_____

**ORDER**

Docket No. 22-377

    Appellant moves to dismiss the above-captioned appeal with prejudice.

    IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 05/12/2022